UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

Secretary of Labor Elaine L Chao,

*United States Department of Labor*

**plaintiffs**

**V.S.**

Special and Superior Officers
Benevolent Association

**defendants**

- - - - - - - - - - - - - - - - - - -X

**Order of Discontinuance**

05-cv-03261 (ENV)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   DEC 2 9 2006   ★

P.M. _____
TIME A.M. _____

**VITALIANO, D.J.**

The Court having been advised that this action has been settled,

Therefore, it is ORDERED and ADJUDGED that this action is

discontinued without cost and without prejudice to the right to reopen the

action if the settlement is not consummated.

**SO ORDERED**

DATED:   **Brooklyn, New York**
         **December 20, 2006**

/s/ Eric N. Vitaliano
_____

**ERIC N. VITALIANO, U.S.D.J.**