

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

TAM:DLB

April 26, 2007

Honorable Eric N. Vitaliano
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: <u>Chao v. Special and Superior Officers Association</u>
           CV-05-3261 (ENV)(ARL)

Dear Judge Vitaliano:

      The undersigned represents the plaintiff in the above referenced action. On April 24, 2007 the undersigned wrote to advise the Court that the settlement agreement had not yet been completed. Today the undersigned received a signed settlement agreement from the defendant.

      Accordingly, the parties can report that the matter has been settled and respectfully request that the conference scheduled today for May 8, 2007 be cancelled.

      Thank you for your courtesies in this matter.

      Very truly yours,
      ROSLYNN R. MAUSKOPF
      UNITED STATES ATTORNEY

      /s/Diane Leonardo Beckmann
BY:   Diane Leonardo Beckmann
      Assistant U.S. Attorney
      (631)715-7854

cc: Robert McGovern, Esq, (By ECF)