

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

TAM:DLB

March 14, 2008

Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      RE: Chao v. Special and Superior Officers Benevolent Association
         CV-05-3261 (ENV)

Dear Judge Vitaliano:

      On behalf of the Plaintiff, Elaine Chao, Secretary of Labor, the undersigned respectfully submits a Proposed Order and Judgment in this action, which was settled in accordance with a Stipulation of Settlement, dated April 26, 2007. Also enclosed is a Certification of election prepared by the Secretary dated February 28, 2008.

      Thank you for your consideration in this matter.

                  Very truly yours,
                  BENTON J. CAMPBELL
                  UNITED STATES ATTORNEY

                  /s/Diane Leonardo Beckmann
      By:   Diane Leonardo Beckmann(3276)
                  Assistant U.S. Attorney
                  (631) 715-7854

To: Robert McGovern, By ECF