UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------
ELAINE L. CHAO, SECRETARY OF LABOR,                   :
UNITED STATES DEPARTMENT OF LABOR,                    :
                                                      :
                              Plaintiff,              :
                                                      :        CV-05-3261 (ENV)(ARL)
                                                      :
          Against                                     :
                                                      :
SPECIAL AND SUPERIOR OFFICERS                         :
BENEVOLENT ASSOCIATION,                               :
                                                      :
                              Defendant.              :
-------------------------------------------------------------------------

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Settlement Agreement issued April 26, 2007, in the United States District Court for the Eastern District of New York, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and

Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

**IT IS HEREBY CERTIFIED** that the following named candidates are duly elected to

the office designated:

| | |
|---|---|
| James Pizzulli | President |
| Joseph Sciascia | Executive Vice President |
| Ronald Fedrizzi | Vice President/Treasurer |
| Allen Dooley | Recording Secretary |

Signed this ___26th___ day of ___February___ , 2008

_Patricia Fox_

Patricia Fox, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor