UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X

ELAINE L. CHAO, Secretary,
United States Department of Labor,

                            Plaintiff,

           -against-
SPECIAL AND SUPERIOR OFFICERS
BENEVOLENT ASSOCIATION,

             Defendant.
-------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 2 1 2008 ★
BROOKLYN OFFICE

**ORDER AND JUDGMENT**
CV-05-3261 (ENV)(ARL)

**WHEREAS**, pursuant to Stipulation of Settlement entered as an Order of this Court on April 26, 2007, the Defendant, Special and Superior Officers Benevolent Association ("SSOBA"), conducted an election for the office of President under the supervision of the Plaintiff, Secretary of Labor, Elaine L. Chao; and

**WHEREAS**, the Plaintiff has filed a Certification of Election which certifies that: James Pizzulli was elected to the office of President of SSOBA; Joseph Sciascia was elected to the office of Executive Vice President; Ronald Fedrizzi was elected to the office of Vice President/Treasurer; Alan Dooley was elected to the office of Recording Secretary; the supervised election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 481 *et seq.*; and the supervised election was conducted in accordance with the By Laws of Local 804 and the Constitution of the International Brotherhood of Teamsters, insofar as lawful and practicable.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that James Pizzulli was duly elected to the office of President of SSOBA; Joseph Sciascia was duly elected to the office of Executive Vice President; Ronald Fedrizzi was duly elected to the office of Vice President/Treasurer; Alan Dooley was duly elected to the office of Recording Secretary of the SSOBA to serve three (3) year terms of office, as specified in the By Laws and Constitution of the SSOBA..

IT IS SO ORDERED,

March  17  , 2008
Brooklyn, New York

s/Eric N. Vitaliano
HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE